**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

☒ __4__  Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ ___  Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: **Sharia Drelin Fance**  JOINT DEBTOR: _____  CASE NO.: **16-26147-RAM**

Last Four Digits of SS# __xxx-xx-8451__  Last Four Digits of SS# _____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of **60** months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to the creditors pro-rata under the plan:

|  |  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|---|
| A. | $ | 1,685.44 | for months | 1 | to | 4 | ; |
| B. | $ | 1,769.04 | for months | 5 | to | 21 | ; |
| C. | $ | 1,628.91 | for months | 22 | to | 60 | ; in order to pay the following creditors: |

Administrative: Attorney's Fee - $ ___4,175.00___  TOTAL PAID $ ___900.00___

Balance Due  $ ___3,275.00___ payable $ ___155.96___ /month  (Months **1** to **21** )

Secured Creditors: [Retain Liens pursuant to 11 USC § 1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

**1. CitiFinancial**  Arrearage on Petition Date  $ **16,507.89**
Address: PO BOX 9001082; Louisville, KY 40290-1082
  Arrears Payment $ **183.33** /month (Months **1** to **4** )
  Arrears Payment $ **281.69** /month (Months **5** to **60** )
Account No: **67200051-020545**  Regular Payment $ **548.22** /month (Months **1** to **60** )

**2. Town Park Plaza North**  Arrearage on Petition Date  $ **13,956.40**
Address: Condominium Association, Inc.; Executive National Bank; P.O. Box 160698; Miami, FL 33116-0698
  Arrears Payment $ **232.61** /month (Months **1** to **60** )
Account No: **578-112-236**  Regular Payment $ **293.00** /month (Months **1** to **60** )

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED.  A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 AND LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| Ally Financial Inc. Payment Processing Center; P.O. Box 78252; Phoenix, AZ 85062-8252 Account No: 029920093434 | 2012 Hyundai Sonata 90781 miles $ 4,838.70 | 6.00% | $ 80.65 $ 100.50 | 1 To 21 22 To 60 | 5,613.00 |

Priority Creditors: [as defined in 11 U.S.C. §507]

__-NONE-__  Total Due  $ _____
  Payable  $ _____ /month  (Months __ to __ )  Regular Payment $ _____

Unsecured Creditors: Pay $ __10.00__ month (Months **22** to **60** ).
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

**The debtor shall make all contractual payments for 1990 NW 4 Ct, Apt #15 Miami, Florida 33136 to Miami-Dade Tax Collector. Debtor will treat City of Miami outside the plan.**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                         Best Case Bankruptcy

Other Provisions Not Included Above:

**Rejected Contracts and/or Leases**
**-NONE-**

**Assumed Contracts and/or Leases**
**-NONE-**

**Date: August 10, 2017**

**Rodriguez Law, P.L.**
Counsel for the Debtor
6600 Cow Pen Road, Suite 220
Miami Lakes, Florida 33014
Telephone: 305-262-8226
Facsimile: 305-262-8229

/s/ Ricardo A Rodriguez
Ricardo A Rodriguez, Esq., FBN 0496901

LF-31 (rev. 01/08/10)

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com